IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JASON SANDERS**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #156550**
v.　　　　　　　　　　**CASE NO. 2:22-CV-00220-BSM**

**CHRISTOPHER STOCKARD,**　　　　　　　　　　　　　　　　**DEFENDANT**
**Detective, Stuttgart Police Department,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE